IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ZAMORA-ORDUNA REALTY GROUP, LLC, and UNITED FOR CHANGE CENTER, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> VS. <br><br> BBVA USA, <br><br> Defendant. | CIVIL ACTION NO. SA-20-CV-0579-FB |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Defendant's Motions Dismiss filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motions to Dismiss (docket numbers 10 and 13) are GRANTED such that all of plaintiffs' claims and this case are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of March, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE